UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DANIEL GABRIEL FORD #506496/183944** | **CASE NO. 6:24-CV-00134 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The Report and Recommendation [Doc. No. 9] of the Magistrate Judge having been considered, noting the lack of objections filed with the Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint and Amended Complaints [Doc. Nos. 1, 7, and 8] are **DENIED** and **DISMISSED WITH PREJUDICE** under §§ 1915A and 1915(e)(2)(b).

MONROE, LOUISIANA, this 13th day of November 13, 2024.

_____
Terry A. Doughty
United States District Judge